**Opinion issued September 20, 2012**



In The

# Court of Appeals
### For The
# First District of Texas

---

## NO. 01–11–00587–CV

---

### O'CONNOR ENTERPRISE GROUP, INC. d/b/a EPCGROUP.NET AND ERRIN O'CONNOR, Appellants

### V.

### FACILITEK SERVICES, LLC, Appellee

---

### On Appeal from the 133rd District Court
### Harris County, Texas
### Trial Court Cause No. 2009-51135

---

## MEMORANDUM OPINION

Appellants have filed an unopposed motion to dismiss the appeal. No opinion has issued. Accordingly, we grant the motion and dismiss the appeal. *See*

TEX. R. APP. P. 42.1(a)(1).   We dismiss all other pending motions as moot.

**PER CURIAM**

Panel consists of Justices Higley, Sharp, and Huddle.